1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
     Telephone: (415) 436-7246
7     Fax: (415) 436-7207
     Email: Michael.Maffei@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00457 JSW (KAW)
14 |     Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER
15 |     v., | ) CONTINUING DETENTION HEARING TO FRIDAY, DECEMBER 9, 2016
16 | AARON PEREZ CERVANTES, | )
17 |     Defendant. | )

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.    On December 2, 2016, defendant Aaron Perez Cervantes appeared before the Court for his initial appearance and assignment of counsel. Aaron Perez Cervantes was present and in custody and represented by Charles Woodson, who specially appeared for Erick Guzman. Assistant United States Attorney Michael Maffei appeared for the Government. The Government moved for detention, and the Court set the matter for a detention hearing on Wednesday, December 7, 2016 at 9:30 a.m.

2.    Mr. Erick Guzman, counsel for the defendant Aaron Perez Cervantes, is currently in trial and will be unable to appear at the currently-scheduled detention hearing this Wednesday, December 7, 2016.

STIP. AND ORDER CONTINUING HEARING     1
CR 16-00457 JSW (KAW)

3. Accordingly, the parties jointly request that the detention hearing in this case be rescheduled to Friday, December 9, 2016, at 9:30 a.m. A representative from Pretrial Services is available on Friday, December 9, 2016, at 9:30 a.m. for the hearing.

4. The parties now formalize their request for a continuance of this matter to Friday, December 9, 2016 at 9:30 a.m. for a detention hearing, due to the unavailability of the defense counsel.

IT IS SO STIPULATED.

DATED: December 5, 2016          BRIAN J. STRETCH
                                 United States Attorney

                                 _____/s/_____
                                 MICHAEL MAFFEI
                                 Assistant United States Attorney

DATED: December 5, 2016

                                 _____/s/_____
                                 ERICK GUZMAN
                                 Counsel for the Defendant Aaron Perez Cervantes

STIP. AND ORDER CONTINUING HEARING          2
CR 16-00457 JSW (KAW)

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT due to the unavailability of the defense counsel who is currently in trial on another matter, the currently scheduled detention hearing for Wednesday, December 7, 2016, shall be vacated.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on Friday, December 9, 2016 at 9:30 a.m. for a detention hearing in the above-entitled matter.

IT IS SO ORDERED.

DATED: 12/6/16

HON. KANDIS A. WESTMORE
United States Magistrate Judge